IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cunningham, Juanita J | Case Number: 06 B 03486 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 4/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 25, 2008
Confirmed: July 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,485.00 | |
| Secured: | | 1,090.96 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,267.03 |
| Trustee Fee: | | 127.01 |
| Other Funds: | | 0.00 |
| Totals: | 2,485.00 | 2,485.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,900.20 | 1,267.03 |
| 2. | Plaza Auto Sales | Secured | 4,648.65 | 1,090.96 |
| 3. | Asset Acceptance | Unsecured | 37.94 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 387.00 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 48.72 | 0.00 |
| 6. | Devon Financial Services Inc | Unsecured | 49.15 | 0.00 |
| 7. | Comcast Cablevision | Unsecured | 34.52 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 48.72 | 0.00 |
| 9. | Kmart Corp | Unsecured | 89.94 | 0.00 |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | Charter One Bank | Unsecured | | No Claim Filed |
| 12. | Retrieval Masters | Unsecured | | No Claim Filed |
| 13. | Harris Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,244.84 | $ 2,357.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 5.27 |
| 5% | 33.46 |
| 4.8% | 36.71 |
| 5.4% | 51.57 |
| | _____ |
| | $ 127.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cunningham, Juanita J

Printed: 4/8/08

Case Number: 06 B 03486
Judge: Hollis, Pamela S
Filed: 4/3/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

